### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**ALICIA CABRERA PERDOMO**          **CIVIL ACTION NO. 25-2072 SEC P**

**VERSUS**          **JUDGE EDWARDS**

**LASALLE CORRECTIONS LLC ET AL**   **MAG. JUDGE MCCLUSKY**

### ORDER

Considering Petitioner's Motion to Withdraw Habeas Petition (ECF No. 6), and having been notified that the matter is now moot,

**IT IS ORDERED** that the Motion is **GRANTED**; and accordingly, that this action is hereby **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** this 4th day of February, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**